# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00233-CV

**Karen N. Perl, D.O., Appellant**

**v.**

**Texas Department of Insurance, Division of Workers' Compensation, Appellee**

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-006623 THE HONORABLE MADELEINE CONNOR, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Karen N. Perl, D.O., has filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed on Appellant's Motion

Filed: May 2, 2024